**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | Debtor's name | **WOC PACIFIC GARAGE COMPANY LLC** |
|----|---------------|-----------------------------------|

| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
|----|---------------|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3356537** |
|----|---------------|---|

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **670 Dekalb Avenue**<br>**Brooklyn, NY 11217**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|----|---------------|---|

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **WOC PACIFIC GARAGE COMPANY LLC**                             Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8111__

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | ☐ Yes. |

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |
| | ■ Yes. |

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **WOC 80 Dekalb Garage LLC** | | | Relationship | **Affiliate** |
| District | **EDNY** | When | | Case number, if known | |

Debtor    **WOC PACIFIC GARAGE COMPANY LLC**                        Case number (*if known*) _____
_____
Name

**11.  Why is the case filed in**     Check all that apply:
**this district?**

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**     ■  No
**have possession of any**
**real property or personal**     ☐  Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of**     .    Check one:
**available funds**
■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| **14.  Estimated number of creditors** | | | |
|---|---|---|---|
| | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100.000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

---

| **15.  Estimated Assets** | | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **16.  Estimated liabilities** | | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **WOC PACIFIC GARAGE COMPANY LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   **March  5, 2021**
　　　　　　　MM / DD / YYYY

X _____         **Perry Finkelman**
Signature of authorized representative of debtor         Printed name

Title   **Managing Member**

---

**18. Signature of attorney**   X _____         Date   **March  5, 2021**
　　　　　　　　　　　　　Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**Lawrence F. Morrison**
Printed name

**Morrison Tenenbaum, PLLC**
Firm name

**87 Walker Street, Second Floor**
**New York, NY 10013**
Number, Street, City, State & ZIP Code

Contact phone   **212-620-0938**       Email address   **info@m-t-law.com**

**2889590 NY**
Bar number and State

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>WOC PACIFIC GARAGE COMPANY LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 5, 2021__        x _____
                                      Signature of individual signing on behalf of debtor

                                      **Perry Finkelman**
                                      Printed name

                                      **Managing Member**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **WOC PACIFIC GARAGE COMPANY LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amano 2699 Patton Rd Saint Paul, MN 55113 | | Software Provider | Unliquidated | | | $62,500.00 |
| Harleysville Deductible PO Box 6068-05 Hermitage, PA 16148 | | Insurance | Unliquidated | | | $14,924.35 |
| Park Connect 1533 Barclay Blvd Buffalo Grove, IL 60089 | | Software License | Unliquidated | | | $525.00 |
| Red Apple Property 800 3rd Ave, 5th Floor New York, NY 10022 | | Rent Arrears | Disputed | | | $783,771.02 |
| Solstice Marketplace 7901 SW 6th Court Ste 400 Fort Lauderdale, FL 33324 | | Vendor | Unliquidated | | | $43.60 |
| U.S. SBA 409 3rd Street SW Washington, DC 20416 | | Emergency Injury Disaster Loan | Unliquidated | | | $149,900.00 |
| U.S. SBA 409 3rd Street SW Washington, DC 20416 | | Paycheck Protection Program | Unliquidated | | | $20,193.00 |
| U.S. SBA 409 3rd Street SW Washington, DC 20416 | | Emergency Injury Disaster Grant | Unliquidated | | | $9,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **WOC PACIFIC GARAGE COMPANY LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $       0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................    $       37,227.92

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................    $       37,227.92

| Part 2: | Summary of Liabilities |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $       0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $       0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$       1,040,856.97

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b               $       1,040,856.97

# United States Bankruptcy Court
## Eastern District of New York

In re    **WOC PACIFIC GARAGE COMPANY LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ahuva & Frederick Cohen**<br>**607 Howard Avenue**<br>**West Hempstead, NY 11552** | | **7.5%** | |
| **Albert Milstein**<br>**7437 Skokie Blvd**<br>**Skokie, IL 60077** | | **15%** | |
| **Ari Milstein**<br>**3135 Johnson Avenue**<br>**Apt 5J**<br>**Bronx, NY 10463** | | **15&** | |
| **BD Partnership**<br>**40 Heath Hill**<br>**Brookline, MA 02445** | | **7.5%** | |
| **BS Partners**<br>**3384 Laurel Oak Street**<br>**Fort Lauderdale, FL 33312** | | **7.5%** | |
| **Diane Kirschenbaum Trust**<br>**3384 Laurel Oak Street**<br>**Fort Lauderdale, FL 33312** | | **7.5%** | |
| **Hillside Partners, LLC**<br>**64 Hillside Avenue**<br>**Englewood, NJ 07631** | | **10%** | |
| **Nathan Stelzer**<br>**4712 Greenwood**<br>**Skokie, IL 60076** | | **13.5%** | |
| **Perry Finkelman**<br>**467 Susan Court**<br>**West Hempstead, NY 11552** | | **15%** | |
| **Samuel Stelzer**<br>**4712 Greenwood**<br>**Skokie, IL 60076** | | **1.5%** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: __WOC PACIFIC GARAGE COMPANY LLC_____    Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __March 5, 2021_____    Signature  _____

                                        **Perry Finkelman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re  **WOC PACIFIC GARAGE COMPANY LLC**                     Case No.

                                              Debtor(s)                  Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **March 5, 2021**

**Perry Finkelman/Managing Member**
Signer/Title

3C Payment
One Oakbrook Terrace
Ste 206
Villa Park, IL 60181


Amano
2699 Patton Rd
Saint Paul, MN 55113


Harleysville Deductible
PO Box 6068-05
Hermitage, PA 16148


Park Connect
1533 Barclay Blvd
Buffalo Grove, IL 60089


Red Apple Property
800 3rd Ave, 5th Floor
New York, NY 10022


Solstice Marketplace
7901 SW 6th Court
Ste 400
Fort Lauderdale, FL 33324


U.S. SBA
409 3rd Street SW
Washington, DC 20416

# United States Bankruptcy Court
## Eastern District of New York

In re    **WOC PACIFIC GARAGE COMPANY LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **WOC PACIFIC GARAGE COMPANY LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  5, 2021**

Date

**Lawrence F. Morrison**

Signature of Attorney or Litigant

Counsel for   **WOC PACIFIC GARAGE COMPANY LLC**

**Morrison Tenenbaum, PLLC**
**87 Walker Street, Second Floor**
**New York, NY 10013**
**212-620-0938 Fax:646-390-5095**
**info@m-t-law.com**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**STATEMENT PURSUANT TO LOCAL**
**BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):**   WOC PACIFIC GARAGE COMPANY LLC                 **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:          JUDGE:          DISTRICT/DIVISION:  **EDNY**

DEBTOR NAME:  **WOC 80 Dekalb Garage LLC**

CASE STILL PENDING (Y/N):     **Y**          *[If closed]* Date of closing:

    CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

    MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:     **Affiliate**_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

    CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

    MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
  (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____
**Lawrence F. Morrison**
Signature of Debtor's Attorney
**Morrison Tenenbaum, PLLC**
**87 Walker Street, Second Floor**
**New York, NY 10013**
**212-620-0938 Fax:646-390-5095**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

**WOC PACIFIC GARAGE COMPANY LLC,**

                               Debtor.
-------------------------------------------------------------------X

Chapter 11

Case No. 21-_____ (    )

## CORPORATE RESOLUTION

       At the meeting of the Board of Directors of WOC Pacific Garage Company LLC ("WOC Pacific") a New York limited liability company, it was determined to be in the best interests of WOC Pacific to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

       Whereas, it is in the best interest of WOC Pacific to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

       Be It Therefore Resolved, that Perry Finkelman, Managing Member of WOC Pacific, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

       Be It Further Resolved, that Perry Finkelman, Managing Member of WOC Pacific, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

       Be It Further Resolved, that Perry Finkelman, Managing Member of WOC Pacific, is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the corporation in such bankruptcy case

Dated: New York, New York
      March 5, 2021

By:_____
     Perry Finkelman, Managing Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

**WOC PACIFIC GARAGE COMPANY LLC,**

                                        Debtor.
-------------------------------------------------------------------X

Chapter 11

Case No. 21-_____ (    )

## DECLARATION PURSUANT TO E.D.N.Y. LOCAL BANKRUPTCY RULE 1007-4

I, Perry Finkelman, declares under the penalty of perjury, the following:

    1.    I am the Managing Member of WOC Pacific Garage Company LLC (the "Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this affidavit in accordance with the E.D.N.Y Local Bankruptcy Rule 1007-4 in support of the voluntary petition filed by the Debtor.

    2.    The Debtor is a small business debtor pursuant to 11 U.S.C. 101(51D).

    3.    There has been no trustee or creditors' committee appointed in this case.

    4.    A copy of the Debtor's board resolution authorizing the Chapter 11 filing is annexed hereto as **Exhibit "A"**.

    5.    The Debtor is a New York limited liability company and was organized on July 12, 2016.

    6.    The Debtor operates a parking garage located at 670 Pacific Street, Brooklyn, NY 11217 (the "Premises).

    7.    The Debtor's immediate need for relief in this Court stems from a pending eviction proceeding in the Civil Court of the City of New York, Kings County, case caption *FC DeKalb Associates LLC v. WOC 80 DeKalb Garage, LLC*, Index No. 5669/2020 and other past due financial obligations stemming from the outbreak of the COVID-19 pandemic.

8.      Pursuant to Rule 1007-(a)(4) of the local bankruptcy rules annexed hereto as **Exhibit "B"** is a list containing the names and addresses of the Debtor's twenty (20) largest unsecured creditors, excluding insiders.

9.      Pursuant to Rule 1007-2(a)(5) of the local bankruptcy rules, annexed hereto as **Exhibit "C"** is a list containing the names and addresses of the Debtor's five (5) largest secured claims.

10.     Pursuant to Rule 1007-2(a)(6) of the local bankruptcy rules, annexed hereto as **Exhibit "D"** is a summary of the Debtor's assets and liabilities. This is an internally generated estimate of assets and liabilities and may require certain adjustments.

11.     The Debtor does not have any publicly held shares, debentures, or other securities.

12.     Aside from its officers, the Debtor currently has __1__ employees and approximately $__2,300__ of monthly payroll/

13.     The Debtor expects to receive revenue from operations of the business in the amount of approximately $__4,500__ for the thirty (30) day period following the Chapter 11 filing. The Debtor's operating expenses during the same thirty (30) day period should be approximately $__40,000__.

Dated: March 5, 2021

_____
Perry Finkelman, Managing Member

EXHIBIT A

EXHIBIT B

EXHIBIT C

EXIHIBIT D

4:37 PM

03/08/21

# WOC PACIFIC GARAGE COMPANY LLC
## Statement of Cash Flows
### January 1 through March 8, 2021

|  | Jan 1 - Mar 8, 21 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -113,897.60 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 1100 · Accounts Receivable | 5,553.04 |
| 20000 · Accounts Payable | 119,650.15 |
| 25500 · Sales Tax Payable | 1,385.30 |
| **Net cash provided by Operating Activities** | 12,690.89 |
| **FINANCING ACTIVITIES** |  |
| SBA  Loan Payable | 31,668.00 |
| **Net cash provided by Financing Activities** | 31,668.00 |
| **Net cash increase for period** | 44,358.89 |
| **Cash at beginning of period** | -41,406.46 |
| **Cash at end of period** | **2,952.43** |

**4:37 PM**

**03/08/21**

# WOC PACIFIC GARAGE COMPANY LLC
## Statement of Cash Flows
### January through December 2020

|  | Jan - Dec 20 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -678,801.41 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 1100 · Accounts Receivable | 17,973.91 |
| 2500 · Rent Credit Held | -65,999.04 |
| 20000 · Accounts Payable | 441,541.13 |
| 24000 · 24000 · Payroll Liabilities | 10,168.85 |
| 25500 · Sales Tax Payable | -1,737.56 |
| **Net cash provided by Operating Activities** | -276,854.12 |
| **INVESTING ACTIVITIES** |  |
| 21000 · Loans & Exchanges | 600.00 |
| **Net cash provided by Investing Activities** | 600.00 |
| **FINANCING ACTIVITIES** |  |
| SBA  Loan Payable:8300 · SBA Loan 3301881544 | 179,093.00 |
| 3020 · Member PF Equity | 26,000.00 |
| **Net cash provided by Financing Activities** | 205,093.00 |
| **Net cash increase for period** | -71,161.12 |
| **Cash at beginning of period** | 29,754.66 |
| **Cash at end of period** | **-41,406.46** |

4:35 PM

03/08/21

Accrual Basis

## WOC PACIFIC GARAGE COMPANY LLC
### Balance Sheet
### As of December 31, 2020

| | Dec 31, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1010 · Signature Bank | -41,406.46 |
| **Total Checking/Savings** | -41,406.46 |
| **Accounts Receivable** | |
| 1100 · Accounts Receivable | 7,983.95 |
| **Total Accounts Receivable** | 7,983.95 |
| **Other Current Assets** | |
| 2500 · Rent Credit Held | -60,498.92 |
| 14010 · Deposits on Account | 1,480.00 |
| **Total Other Current Assets** | -59,018.92 |
| **Total Current Assets** | -92,441.43 |
| **Fixed Assets** | |
| 17000 · Accumulated Depreciation | -338,706.00 |
| 18100 · Building | 633,734.24 |
| 19000 · Equipment | 5,457.14 |
| 19100 · Furniture & Fixtures | 1,439.53 |
| 21000 · Loans & Exchanges | -600.00 |
| **Total Fixed Assets** | 301,324.91 |
| **TOTAL ASSETS** | **208,883.48** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 842,579.33 |
| **Total Accounts Payable** | 842,579.33 |
| **Other Current Liabilities** | |
| 24000 · 24000 · Payroll Liabilities | 10,168.85 |
| 25500 · Sales Tax Payable | -2,258.82 |
| **Total Other Current Liabilities** | 7,910.03 |
| **Total Current Liabilities** | 850,489.36 |
| **Long Term Liabilities** | |
| **SBA  Loan Payable** | |
| 8300 · SBA Loan 3301881544 | 179,093.00 |
| **Total SBA  Loan Payable** | 179,093.00 |
| **Total Long Term Liabilities** | 179,093.00 |
| **Total Liabilities** | 1,029,582.36 |
| **Equity** | |
| 30000 · 30000 · Opening Balance Equity | 200.00 |
| 3020 · Member PF Equity | |
| 3022 · Member Equity Investment | 1,075,000.00 |
| 3020 · Member PF Equity - Other | 26,000.00 |
| **Total 3020 · Member PF Equity** | 1,101,000.00 |
| 32000 · Retained Earnings | -1,243,097.47 |
| Net Income | -678,801.41 |
| **Total Equity** | -820,698.88 |
| **TOTAL LIABILITIES & EQUITY** | **208,883.48** |

4:33 PM
03/08/21
Accrual Basis

# WOC PACIFIC GARAGE COMPANY LLC
## Profit & Loss
### January through March 2021

|  | Jan 21 | Feb 21 | Mar 21 | TOTAL |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| 41000 · Monthly Rental Income | 4,442.56 | 4,291.54 | 4,287.08 | 13,021.18 |
| 42000 · Fee Income | 32.49 | 32.49 | 32.49 | 97.47 |
| **Total Income** | 4,475.05 | 4,324.03 | 4,319.57 | 13,118.65 |
| **Gross Profit** | 4,475.05 | 4,324.03 | 4,319.57 | 13,118.65 |
| **Expense** | | | | |
| 60400 · Bank Service Charges | 74.99 | 0.00 | 0.00 | 74.99 |
| 60450 · Bookkeeping Fee | 750.00 | 0.00 | 0.00 | 750.00 |
| 61700 · Computer and Internet Expenses | 30.00 | 0.00 | 0.00 | 30.00 |
| 62300 · Credit Card Fees | 167.57 | 167.57 | 0.00 | 335.14 |
| 63650 · Loan & Exchange | 0.00 | 0.00 | 600.00 | 600.00 |
| 64000 · Management Fees | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| 64400 · Messenger & Courier | 13.62 | 0.00 | 0.00 | 13.62 |
| 64500 · Miscellaneous | | | | |
|    64501 · Child Support | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 64500 · Miscellaneous** | 0.00 | 0.00 | 0.00 | 0.00 |
| 66000 · Payroll Expenses | | | | |
|    66001 · Employee taxes | 3.68 | 0.00 | 0.00 | 3.68 |
|    66002 · Employer taxes | 5.39 | 0.00 | 0.00 | 5.39 |
|    66003 · Payroll Processing | 311.00 | 56.00 | 0.00 | 367.00 |
|    66000 · Payroll Expenses - Other | 150.09 | 0.00 | 0.00 | 150.09 |
| **Total 66000 · Payroll Expenses** | 470.16 | 56.00 | 0.00 | 526.16 |
| 66010 · UNION DUES | | | | |
|    66013 · Medical benefits - employees | 0.00 | 0.00 | 0.00 | 0.00 |
|    66010 · UNION DUES - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 66010 · UNION DUES** | 0.00 | 0.00 | 0.00 | 0.00 |
| 67100 · Rent Expense | 39,861.77 | 39,861.77 | 39,861.77 | 119,585.31 |
| 68100 · Telephone Expense | 484.26 | 484.29 | 0.00 | 968.55 |
| 68600 · Utilities | 1,129.06 | 0.00 | 0.00 | 1,129.06 |
| 69200 · Insurance | | | | |
|    69210 · Commercial Liability | 556.69 | 190.43 | 0.00 | 747.12 |
|    69220 · Commercial Umbrella | 176.23 | 44.05 | 0.00 | 220.28 |
|    69230 · Workers Compensation | 135.52 | 33.88 | 0.00 | 169.40 |
|    69240 · GKLL Insurance | 212.28 | 104.30 | 0.00 | 316.58 |
|    69250 · Installment fee | 0.75 | 1.88 | 0.00 | 2.63 |
|    69260 · Disability insurance | 7.41 | 0.00 | 0.00 | 7.41 |
| **Total 69200 · Insurance** | 1,088.88 | 374.54 | 0.00 | 1,463.42 |
| 69400 · Licenses, Permits and Fees | 0.00 | 540.00 | 0.00 | 540.00 |
| **Total Expense** | 45,070.31 | 41,484.17 | 40,461.77 | 127,016.25 |
| **Net Ordinary Income** | -40,595.26 | -37,160.14 | -36,142.20 | -113,897.60 |
| **Net Income** | -40,595.26 | -37,160.14 | -36,142.20 | -113,897.60 |

4:28 PM
03/08/21
Accrual Basis

# WOC PACIFIC GARAGE COMPANY LLC
## Profit & Loss
### January through December 2020

| | Jan 20 | Feb 20 | Mar 20 | Apr 20 | May 20 | Jun 20 | Jul 20 | Aug 20 | Sep 20 | Oct 20 | Nov 20 | Dec 20 | TOT... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| 41000 · Monthly Rental Income | 7,601.02 | 4,032.33 | 702.14 | 2,197.05 | 1,160.57 | 3,530.18 | 2,297.04 | 2,323.50 | 3,900.53 | 5,760.13 | 5,487.70 | 4,855.05 | 43,8... |
| 42000 · Fee Income | 74.86 | 68.61 | 68.61 | 56.38 | 44.83 | 40.76 | 45.51 | 49.57 | 51.51 | 51.51 | 51.51 | 42.68 | 6... |
| 42500 · Transient Income | 6,692.62 | 8,294.41 | 2,896.47 | | | | | | | | | 4,855.05 | 43,8... |
| 42501 · Online Transient Income (670 P) | 7,451.82 | 19,355.65 | 9,852.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 6... |
| 42502 · Cash Transient Income | 3,293.32 | 3,339.52 | 1,592.75 | 0.00 | 0.00 | 288.63 | 433.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,8... |
| 42520 · Valet Income (630 Atlantic Ave) | 4,499.10 | 3,410.70 | 1,174.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37,3... |
| **Total Income** | 29,612.74 | 38,501.22 | 16,287.48 | 2,253.43 | 1,205.40 | 3,570.94 | 2,631.18 | 2,807.01 | 3,952.04 | 5,811.64 | 0.00 | 0.01 | 8,2... |
| **Gross Profit** | 29,612.74 | 38,501.22 | 16,287.48 | 2,253.43 | 1,205.40 | 3,570.94 | 2,631.18 | 2,807.01 | 3,952.04 | 5,811.64 | 5,539.21 | | 9,0... |
| **Expense** | | | | | | | | | | | | 4,897.74 | 117,0... |
| 69620 · Customer Reimbursement | 1,204.43 | 0.00 | 0.00 | 0.00 | 0.00 | 3,570.94 | 2,631.18 | 2,807.01 | 3,952.04 | 5,811.64 | 5,539.21 | 4,897.74 | 117,07... |
| 60200 · Automobile Expense | | | | | | | | | | | | | |
| 60205 · Mileage reimbursement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,20... |
| **Total 60200 · Automobile Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1... |
| 60400 · Bank Service Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10... |
| 60450 · Bookkeeping Fee | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 25.00 | 50.00 | -25.00 | 125.00 | 17... |
| 61600 · Commissions | 1,500.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 9,000.0... |
| 61700 · Computer and Internet Expenses | 682.86 | 318.34 | 508.53 | 74.90 | 310.50 | 78.00 | 0.00 | 0.00 | 0.00 | 10.05 | 39.31 | 10.05 | 1,90... |
| 62300 · Credit Card Fees | 385.44 | 331.57 | 183.88 | 64.88 | 104.82 | 90.59 | 96.32 | 97.64 | 117.35 | 117.59 | 81.60 | 10.05 | 2,03... |
| 62500 · Repairs & Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 623.16 | 0.00 | 155.12 | 155.12 | 1,82... |
| 63400 · Interest Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108.88 | | 73... |
| 64000 · Management Fees | 2,498.02 | 4,100.66 | 2,000.00 | 2,000.00 | 2,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,020.10 | 1,000.00 | 10.09 | 10... |
| 64001 · Payroll Reimbursement | 3,084.75 | 2,551.42 | 1,435.82 | 0.00 | 2,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 19,618... |
| 64400 · Messenger & Courier | 0.00 | 75.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,071... |
| 64500 · Miscellaneous | | | | | | | | | | | | | |
| 64501 · Child Support | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 64500 · Miscellaneous - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total 64500 · Miscellaneous** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 187,601.92 | 187,601.92 | 0.0... |
| 66000 · Payroll Expenses | | | | | | | | | | | | 187,601.92 | 187,601.9... |
| 66001 · Employee taxes | 1,493.41 | 1,970.74 | 1,399.69 | | | | | | | | | | |
| 66002 · Employer taxes | 884.07 | 1,120.54 | 804.73 | 0.00 | 0.00 | 0.00 | 680.33 | 1,072.97 | 2,376.82 | 800.13 | 19.58 | | 9,813.6... |
| 66003 · Payroll Processing | 527.85 | 131.55 | 129.45 | 117.34 | 0.00 | 0.00 | 0.00 | 1,990.21 | 769.45 | 909.34 | -211.28 | 28.80 | 6,295.8... |
| 66000 · Payroll Expenses - Other | 6,606.11 | 8,280.10 | 5,859.33 | 0.00 | 0.00 | 1,623.26 | 2,267.10 | 49.85 | 117.00 | 119.30 | 164.15 | 112.00 | 1,580.4... |
| **Total 66000 · Payroll Expenses** | 9,511.44 | 11,502.93 | 8,193.20 | 117.34 | 0.00 | 1,623.26 | 2,316.95 | 5,135.15 | 6,231.30 | 10,028.15 | 5,328.28 | 112.00 | 52,946.4... |
| 66010 · UNION DUES | | | | | | | | 7,922.69 | 8,193.02 | 13,478.46 | 6,029.13 | 1,587.65 | 70,636.4... |
| 66012 · SECURITY FUND | 110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,748.03 | 110.0... |
| 66013 · Medical benefits - employees | -87.02 | -87.02 | -43.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -217.5... |
| 66014 · WELFARE FUND | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45.0... |
| 66010 · UNION DUES - Other | 81.50 | -80.00 | -40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -38.5... |
| **Total 66010 · UNION DUES** | 149.48 | -167.02 | -83.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -101.0... |
| 66600 · Printing and Reproduction | 0.00 | 0.00 | 272.19 | | | 0.00 | 0.00 | -38.50 | 0.00 | 0.00 | 0.00 | 0.00 | 272.1... |
| 66700 · Professional Fees | | | | | | | | | | | | | |
| 66701 · Tax Return Preparation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,700.0... |

4:28 PM
03/08/21
Accrual Basis

## WOC PACIFIC GARAGE COMPANY LLC
## Profit & Loss
January through December 2020

| | Jan 20 | Feb 20 | Mar 20 | Apr 20 | May 20 | Jun 20 | Jul 20 | Aug 20 | Sep 20 | Oct 20 | Nov 20 | Dec 20 | TOTA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total 66700 · Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,70 |
| 66710 · Legal fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,738.00 | 31,73 |
| 67100 · Rent Expense | 38,700.75 | 38,700.75 | 38,700.75 | 38,700.75 | 38,700.75 | 38,700.75 | 38,700.75 | 38,700.75 | 39,861.77 | 39,861.77 | 39,861.77 | 39,861.77 | 469,05 |
| 67250 · Signage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98.52 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 68000 · Taxes - Real Estate | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -62.32 | 0.00 | 0.00 | 0.00 | -6 |
| 68005 · Taxes - LLC LLP | 0.00 | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17 |
| 68100 · Telephone Expense | 590.08 | 586.45 | 586.87 | 586.00 | 596.93 | 348.75 | 712.44 | 446.18 | 485.60 | 475.12 | 479.21 | 477.13 | 6,37 |
| 68600 · Utilities | 901.16 | 903.47 | 0.00 | 1,704.96 | 0.00 | 0.00 | 82.60 | 352.87 | 0.00 | 0.00 | 0.00 | 1,883.09 | 5,82 |
| 69200 · Insurance | | | | | | | | | | | | | |
| 69210 · Commercial Liability | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,656.82 | 0.00 | 1,968.89 | 0.00 | 1,171.58 | 556.69 | 557.89 | 7,91 |
| 69220 · Commercial Umbrella | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 650.62 | 0.00 | 350.30 | 0.00 | 352.46 | 176.23 | 176.23 | 1,70 |
| 69230 · Workers Compensation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,130.62 | 0.00 | 608.74 | 0.00 | 271.04 | 135.52 | 135.52 | 2,28 |
| 69240 · GKLL Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 615.24 | 0.00 | 331.26 | 0.00 | 266.94 | 212.28 | 212.28 | 1,63 |
| 69250 · Installment fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 78.63 | 0.00 | 42.32 | 0.00 | 54.65 | 0.75 | 0.75 | 17 |
| 69260 · Disability insurance | 112.72 | 985.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,09 |
| 69200 · Insurance - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 7,581.60 | 1,000.00 | 0.00 | 0.00 | 0.00 | 11,58 |
| Total 69200 · Insurance | 112.72 | 985.79 | 0.00 | 0.00 | 0.00 | 6,131.93 | 3,000.00 | 10,883.11 | 1,000.00 | 2,116.67 | 1,081.47 | 1,082.67 | 26,39 |
| 69500 · Office Supplies | 39.23 | 39.23 | 19.59 | 111.04 | 10.86 | 19.59 | 19.59 | 19.59 | 0.00 | 0.00 | 0.00 | 0.00 | 27 |
| 69610 · Damaged vehicle repairs | 1,500.00 | 0.00 | 172.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,67 |
| Total Expense | 61,610.36 | 61,254.49 | 52,739.34 | 44,109.87 | 42,473.86 | 58,442.87 | 46,780.73 | 60,271.35 | 51,993.58 | 57,879.76 | 49,406.37 | 261,442.87 | 848,40 |
| Net Ordinary Income | -31,997.62 | -22,753.27 | -36,451.86 | -41,856.44 | -41,268.46 | -54,871.93 | -44,149.55 | -57,464.34 | -48,041.54 | -52,068.12 | -43,867.16 | -256,545.13 | -731,33 |
| Other Income/Expense | | | | | | | | | | | | | |
| Other Expense | | | | | | | | | | | | | |
| 67101 · Rent Expense Credit | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -65,99 |
| 42540 · Ticket Sale Income | -13,543.47 | -6,117.50 | -435.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 261.00 | -19,83 |
| 9999 · Other Expense | 11,100.00 | 11,100.00 | 11,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33,30 |
| Total Other Expense | -7,943.39 | -517.42 | 5,165.08 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,499.92 | -5,238.92 | -52,53 |
| Net Other Income | 7,943.39 | 517.42 | -5,165.08 | 5,499.92 | 5,499.92 | 5,499.92 | 5,499.92 | 5,499.92 | 5,499.92 | 5,499.92 | 5,499.92 | 5,238.92 | 52,53 |
| Net Income | -24,054.23 | -22,235.85 | -41,616.94 | -36,356.52 | -35,768.54 | -49,372.01 | -38,649.63 | -51,964.42 | -42,541.62 | -46,568.20 | -38,367.24 | -251,306.21 | -678,80 |