| UNITED STATES BANKRUPTCY COURT | Date and Time of Hearing: |
| EASTERN DISTRICT OF NEW YORK | July 29, 2021 at 10:30 a.m. |

-----------------------------------------------------------x

| In re: | Chapter 11 |
|---|---|
| WOC PACIFIC GARAGE COMPANY LLC, et al. | Case No. 21-40778 (ESS) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER
## MOTION OF RED APPLE 670 PACIFIC STREET LLC TO
## OBTAIN SURRENDER OF THE PACIFIC STREET GARAGE

**PLEASE TAKE NOTICE** that upon the motion of Red Apple 670 Pacific Street LLC (the "Landlord"), a hearing will be held before the Hon. Elizabeth S. Stong of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, NY 11201 on July 29, 2021 at 10:30 a.m. for an Order pursuant to 11 U.S.C. §365(d) directing the surrender of the premises at 670 Pacific Street, Brooklyn, New York.

**PLEASE TAKE NOTICE** that the hearing shall be conducted by telephone. The Dial-in Number is 888-808-6929; Access Code: 8523285.

**PLEASE TAKE FURTHER NOTICE** that the Motion is being served without exhibits, which are voluminous. The exhibits can be viewed on the Court's ECF docket with a password, or obtained by written request to the undersigned counsel for the Landlord at knash@gwfglaw.com.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the proposed relief, must be in writing, and be filed with the Court through its ECF system, and served upon Goldberg Weprin Finkel Goldstein LLP, counsel for the Debtor, at knash@gwfglaw.com, so as to be received no later than July 22, 2021.

Dated: New York, NY
July 1, 2021

                                                  Goldberg Weprin Finkel Goldstein LLP
                                                  Attorneys for the Landlord
                                                  1501 Broadway, 22nd Floor
                                                  New York, New York 10036
                                                  (212) 221-5700

                                                  By: /s/ Kevin J. Nash, Esq.